Carolyn Anne Kruse

 Latham, New York 12110

518-785-3987

@verizon.net

To Whom It May Concern:

My name is Carolyn Anne Kruse. I am Kristy Koldis' mother and a retired educator.

I am writing the letter to offer a fuller picture of her as a person.

In high school Kristy was very active in sports and played soccer, basketball, softball and enjoyed being a contributing team member. She was a member of the National Honor Society and volunteered at Albany Medical Center as a student aide. Kristy was recognized for her scholarship, leadership, good character and her service in the community.

In college Kristy rowed crew, played lacrosse, was involved in Residence Life as a Resident Assistant and was a U B star providing tours on campus. She majored in Psychology and Minored in Legal Studies. Kristy received a Master Degree in School Counseling from Russell Sage College.

Kristy was a guidance counselor at Albany High School and Harriet Myers Middle School. As a school counselor Kristy advocated, mediated, coordinated, consulted, lead and collaborated with teachers, administrators and parents to help students be successful. She mentored student teachers. Kristy was also an adjunct professor at Russell Sage College. As an adjunct professor she made her classes extremely interesting and engaging through interactive and fun activities for all learning styles. Kristy was an enthusiastic, genuine, and an encouraging teacher. She was also involved in helping high school students with academic, personal and career advice. Kristy coached modified girls basketball at Albany High School and helped assist Shaker High School's Unified Basketball Team, and coached a Capital District Girls Basketball Team.

I have always found Kristy to always be a kind, respectful, thoughtful and compassionate person in the 46 years I have known her. From an early age of five, Kristy showed such compassion for the less fortunate/homeless people. She donated her toys and gently used clothing/shoes to Catholic Charities and the Salvation Army. When she became a guidance counselor she bought coats and clothing for her students in need. Kristy also provided personal items and school materials for her students so that they would have their basic needs met. She provided Thanksgiving & Christmas baskets to families in need during the holidays.

Her love of family was very evident as she hosted many family dinners, birthday parties and family holiday gatherings. She was always there to offer help with family and friend's teenagers who needed guidance with academic or career advice. Kristy loved being a mother and took much pride in sharing her passion for sports and her expertise in guiding her educational journey.

Sincerely,

Carolyn Anne Kruse

Dale Kruse

, Latham, New York 12110

518-785-3987

@verizon.net

To Whom It May Concern:

I am Dale Kruse, father of Kristy Koldis. She is our only daughter and watching her grow the past 46 years has been a wonderful part of our life. Kristy made us proud having grown into a young mature woman. She has developed all the characteristics any parent would hope for. Kristy is caring, loving, forgiving, compassionate, honest and trustworthy. She has always been a team player in anything she has done. I can recall years ago when Kristy was a little girl being on a family trip to New York City and her showing her compassion for less fortunate people. During lunch she witnessed a homeless person looking for something to eat outside the restaurant. When we left the restaurant Kristy gave our family leftover meals to this homeless person. That is an example of who our daughter was as a young child. While in college and striving to do her best academically, she became a resident assistant and provided academic, personal, and social counseling to students. Being in the education profession she guided and assisted young people in planning their future. Kristy loved her role as a guidance counselor at the high school and middle school. She always took the time to help her students and make them feel important. Kristy has always loved sports, first as a player and then some coaching at different levels. She coached and guided students with intellectual disabilities and loved every aspect of the Unified Basketball Program. Helping others is what she is about. Kristy always wanted to be involved in numerous activities. After college graduation she was nominated to be a candidate for Albany Tulip Festival Queen. She was one of five women chosen and became a member if the tulip court. As a result she participated in several community activities. She simply just loved being with people, making them smile and helping them in any way she could. Lastly Kristy loved being a mother. She was very involved in guiding and nurturing her daughter to become a kind, loving, caring, strong independent and respectful young adult.

Sincerely,

Dale Kruse

Your honor, August 11, 2024

My name is Katlyn Flint. I'm writing in regards to my friend and fellow inmate, Kristy Koldis. I have known and lived on the same unit as kristy for approximately 5 months.

During that time, I have had the privlige to get to know Kristys character and what a great person she truly is. She is one of the most kind hearted and positive people I have ever met. One example of her thoughtfulness is every holiday, she makes a craft with a positive affirmation and paired with a sweet treat for each inmate. We jokingly refer to her as the Martha Stewart of our unit.

Kristy is always greeting you with a big smile and a "Good Morning". She truly lights up a room with her bubbly attitude. She's always willing to help anyone on the unit, whether it be sharing a book, proof reading a letter, lending a coloring page, giving kind words before an important day, serving food or washing our laundry daily. I can honestly say I'm truly lucky to have met Kristy and call her my friend.

Sincerely,

KFlint

Katlyn Flint

# RENSSELAER COUNTY
# DEPARTMENT OF MENTAL HEALTH

Steven F. McLaughlin
County Executive

Katherine G. Alonge-Coons LCSWR
Commissioner

Dated: 7/16/2024
Regarding: Kristy Koldis, DOB [redacted]/78

Your Honor,

My name is Stephanie Bydairk, I am a LMHC at Rensselaer County Jail. I have been providing mental health treatment to Kristy Koldis since 12/15/23. This coincides with her self-referral to Rensselaer County Mental Health through the Rensselaer County Correctional Facility. Ms. Koldis sought voluntary counseling to serve as support in her transition from community to incarceration.

During the time I've known Ms. Koldis, she has been motivated and willing to participate in treatment goals and has gained confidence in herself to learn to adapt to her situation and environment. Ms. Koldis has always respected myself and others, treating individuals from all walks of life with dignity and kindness. Most recently, she has become a worker on the unit and responsible for sanitation and other tasks such as handing out dining trays. This responsibility speaks only to some of her character as she voluntarily supports the whole unit with positive messages and guidance. She has been able to express with me personal growth as she is working towards forgiveness of past traumas throughout her life.

Ms. Koldis would like to continue therapeutic services in her next stages of growth while in the criminal justice system. She is open to therapeutic interventions and assignments and is self-motivated for change.

Please feel free to contact me at the phone number and email below.

Thank you,
Respectfully submitted,

Stephanie Bydairk LMHC, CASAC
sbydairk@rensco.com
518-266-1674

*"Providing quality care to empower and help all persons."*

Cathy M. Ashlaw

September 10, 2024

RE: Kristy L. Koldis

Your Honor,

I am writing this letter to you in reference to the character of Kristy Koldis. Kristy is my niece and I have known her for all of her life. I would like to share with you, my thoughts on the type of person I know her to be.

Kristy is kind, compassionate, a hard worker and is always willing to assist others in any way she can. She has always been active in her community, whether it be through volunteer work, participation in local sports or supporting causes that she is passionate about.

I believe Kristy's faith and trust in God speaks to her character and that she always strives to be her best self daily. She has a caring and generous heart that is evident in her actions to those who are fortunate to know her. She is also diligent and dedicated, and never leaves a job unfinished.

Kristy's love for and loyalty to our large family knows no bounds. She is always the first to congratulate anyone on their success or commiserate with them on their loss. She keeps in touch with family and friends, helps to organize and attends family parties and never forgets a special occasion or to say "I love you". I was most grateful to Kristy for helping our son navigate the college admission process, as she has helped countless other high school juniors and seniors throughout her career as a school guidance counselor. She places high value on family, which is evident by her loving actions.

I hope I have been able to give you some insight into the Kristy I have known and loved for 46 years. She truly is a special woman and I appreciate her for who she is.

Thank you for your consideration. Please feel free to contact me should you have any questions.

Sincerely,

Cathy M Ashlaw

Cathy M. Ashlaw

September 10, 2024

Your Honor:

I am most proud to write words of support for Kristy Kruse (Koldis). My name is Shirley Reome Cahill of Cortland, N.Y. I am Kristy's Aunt and the oldest in a family of 8 children from rural Malone, N.Y. My parents, Betty and Sonny, were also from a large family of 12 brothers and sisters! All of my brothers and sisters went to college and beyond and have careers in the fields of Teaching and Law Enforcement - Our parents grew up in the Depression and did not have the chance to do what they gave to each of us - a very broad and comprehensive college education. My husband, Peter, and I have taught for over 50 years in the public schools and State University System, particularly SUNY Cortland, N.Y. We've had the pleasure of mentoring some of our family members, one of them is Kristy. We've had a strong bond with her and her family all of her life. She has always set high goals for herself in everything she does. She has endless positive energy to succeed and help others. And that, continues to this very day.

I hear from Kristy on a regular basis. She has a strong spiritual foundation, growing up Roman

Catholic. She went to Catholic Schools, as does (did) her daughter M[redacted]. In college she majored in Psychology and minored in Legal Studies. She has an M.S. Degree in School Counseling. In High School, she was in Honor Society, played competitive sports in Soccer, Basketball and Softball and found great pleasure in volunteering at Albany Medical. Her father worked there to this day. She rowed Crew and played Lacrosse at U. Buffalo, was an RA in Residence Life and a Campus Tour Guide. Kristy has continued to work in Public School Counseling. and a local college. Five years ago she visited me in Cortland, with her daughter M[redacted]. They came to see what college life was like. They both came to my activity classes and participated with my students. My students loved to see their interactions. We think Madeline would like to become a teacher also! Perhaps she will even attend SUNY Cortland! Kristy has been a very involved parent from Day 1 with her child's education in the classroom and on the field in Sports that she regularly participates in at a Competitive level.

I am just reading a great book, Good Night Irene - a NY Times Best Seller and author. I have become very attached to Irene in the book.

She becomes a "Donut Dolly" through the ARC in WWII. She is the person I have always strived to be like. I think this of Kristy too.

Thank you for the opportunity to speak on Kristy's Character. I have great respect for our Legal System and recently completed my 1st Grand Jury Duty in Cortland County. I came home in tears several times because I got to know and understand the victims, police officers, judges, attorneys and fellow jurors. They work tirelessly each day for our freedom. I got to contribute and feel valued during my term. Best Wishes to you in your chosen career also.

Respectfully,
Shirley M. Cahill



**OFFICIAL TRANSCRIPT FOR:**
KRISTY KOLDIS

May 24, 2024 - Aug 15, 2024
Rensselaer County Correctional Facility, NY

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 11 | 8 | 3 | 9 |

## 9 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| **Learning How to be a Better Parent** | Children of Incarcerated Parents Library More than one in twenty-eight children in the United States has a parent in prison. The loss of a parent to incarceration means a crisis for that child. Concerned people in all... | 2 hr 05 min | **PASSED** **Completed:** Jul 17, 2024 |
| **Apply Your Strengths from Shining Light** | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the... | 1 hr 36 min | **PASSED** **Completed:** Jul 18, 2024 |
| **Staying Healthy for Beginners** | In this course, you will learn basic information about health care, doctors, medicine, healthy food, and staying healthy. The information in this course comes from resources from the Florida Literacy Coalition. | 1 hr 24 min | **PASSED** **Completed:** Aug 1, 2024 |
| **Job Seeking with a Criminal Record** | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | 1 hr 03 min | **PASSED** **Completed:** Jun 24, 2024 |
| **Anger Management** | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | 0 hr 56 min | **PASSED** **Completed:** Jul 29, 2024 |
| **Math - Addition, Subtraction, Multiplication, and Division** | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Pre... | 0 hr 40 min | **PASSED** **Completed:** Aug 15, 2024 |
| **Criminal Process: The Basics** | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | 0 hr 29 min | **PASSED** **Completed:** Jun 13, 2024 |



| Course name | Overview | Time | Status |
|---|---|---|---|
| **Staying Healthy: Women's Health Pt. 1** | Women can do something that men can't: that is having a baby. It is a unique experience for many women. Throughout this course, you will learn about women's bodies, their reproductive system, menstruation, and... | 0 hr 09 min | **PASSED** **Completed:** Jul 22, 2024 |
| **Staying Healthy: Women's Health Pt. 2** | This is a special addition to Staying Healthy: An English Learner's Guide to Health Care and Healthy Living. It is part of a two course series called Staying Healthy: Women's Health. The courses give a broad overview o... | 0 hr 07 min | **PASSED** **Completed:** Jul 23, 2024 |



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Learning How to be a Better Parent

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 17, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 18, 2024
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Staying Healthy for Beginners

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 01, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 29, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Math - Addition, Subtraction, Multiplication, and Division

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 15, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Criminal Process: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 13, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Staying Healthy: Women's Health Pt. 1

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 22, 2024
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

KRISTY KOLDIS

FOR SUCCESSFUL COMPLETION OF

Staying Healthy: Women's Health Pt. 2

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 23, 2024
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.