9/22/24

Dear Your Honor

My name is Sharon Crosier and I am writing this letter to talk about Kristy Koldis. I have lived here at the Rensselaer County Jail with Kristy for the past three months and in that time I have gotten to know her well. Kristy is someone I would like to have as a sister with her caring nature and family oriented personality. She great listener, gives good advice, is very helpful, giving and kind. Kristy always puts others first. Sometimes people who do not deserve it but that is just who she is. She is very friendly to all that come in the door. She doesn't know this but her voice and a couple of words from her comforted me when I first got here and no one else talked to me.

These words were "Good Morning" which was so welcoming with a beautiful smile on her face. Kristy brings joy to my heart when she tells me about her parents as she is so focused on them and their health. A lot of people could learn from her. I lost my parents at a young age, so she brings a smile to my face when she speaks highly of them. I wish I met her on the outside.

Kristy may not know or believe this but she is a big part of our unit here. She is honest, has integrity in the job she holds here as a cleaner on our unit as a laundry worker. They say you don't really know someone until you live with them and to be honest I wouldn't mind having to live with her everywhere. I will be very sad to see Kristy leave here, but will be happy to say I met a fowler friend. Sincerely,

[signature]