

**Jerusalem Missionary Baptist Church**
313 Tenth Street, Troy, New York 12180
*Bishop Dr. Norman R. Macklin, Pastor/Teacher*

Katrice Malloy, Helen Patterson Trustee Ministry
Olympia Stroud, Assistant Church Secretary/TM

August 19, 2024

The Honorable Judge D'Agnostino:
U.S. District Court
Albany, NY
    USA V. KRISTY KLODIS
Dear Honorable Judge D'Agnostino:

My name is Bishop Dr. Macklin, and I am a Chaplain at the Rensselaer County Jail and have been for over twenty years. I am the pastor of New Jerusalem Missionary Baptist Church, Troy, N.Y. and have been a clergy since 1992.

Ms. Koldis and I first met at religious services at the jail a year ago. She attended religious services every time I visited the jail. She had a thirst for the Word of God and after several weeks, she committed herself to reading and absorbing it every day. On my next visit she asked me about how God could 'fit' into her life. Upon advising her, she accepted Jesus Christ as Lord and Savior into her heart and became a Christian.

But she didn't stop there. She wanted her family members, particularly her parents, to know the new-found joy she was experiencing. In the process she became an avid prayer and soon gleefully reported that her father also accepted Jesus Christ into his life.

I also noticed a change in the other women inmates' attitudes who attend the religious services. I later found out that Ms. Klodis has been counseling and encouraging them to experience a better life than what they are living now.

Ms. Klodis witnessed to the women inmates and congregation that she has a new life, new attitude, and new outlook. She has become a helper and leader in the worship services. It is obvious that she has had a weight lifted off her and is a changed person.

Based on my experience and observation, I am pleased to write this character witness letter for Ms. Kolids and request the mercy of the court in the Sentence Hearing before you.

Thank you and God bless.
Bishop Dr. Macklin, Pastor/Teacher

# RENSSELAER COUNTY SHERIFF'S OFFICE

4000 Main Street Troy, New York 12180  
www.renscosheriff.com

Office: (518) 266-1900  
Fax: (518) 270-5447

*"Serving the Citizens of Rensselaer County Since 1791"*

**SHERIFF**  
**KYLE BOURGAULT**

**UNDERSHERIFF**  
**MICHAEL C. DINARDO**

---

Kristy Koldis:

/1978:

To Whom It May Concern:

The above named individual was incarcerated at Rensselaer County Correctional Facility during the time period of 08/29/23 till present day. During that time, I/I Koldis has remained discipline free and has been a model incarcerated individual. If you have any further questions please feel free to contact myself either via email or phone.

Inmate Records/Classification Staff Signature: _____ #30135

Date: 9/19/24

**JESSICA HAMILTON**  
Classification Officer

Rensselaer County Sheriff's Office  
4000 MAIN STREET  
TROY, NEW YORK 12180  
Office: (518) 266-1650  
Fax: (518) 270-5452

classification@rensco.com